Certificate Number: 05781-VAE-DE-041202405

Bankruptcy Case Number: 26-32848



05781-VAE-DE-041202405

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 13, 2026</u>, at <u>8:22</u> o'clock <u>PM PDT</u>, <u>Michael Powell</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:   <u>July 13, 2026</u>                    By:     <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title:   <u>President</u>